**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 204 WAL 2021
:
                Respondent : 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
                v. :
:
:
RICKEY MCGINNIS, :
:
                Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of June, 2022, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Whether "generic" false memories expert testimony in a child sexual abuse prosecution, which the defendant is presenting solely to educate jurors about how legitimate and false/distorted memories are and can be created in children, is admissible at trial?

The above issue does not subsume any question of constitutional dimension. Petitioner's application for relief is **DENIED**.